Date: 10/04/11            Page:

## DIVIDENDS REMITTED TO THE COURT

Case Number 09-36279 - BOURGEOIS, DORIS M

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025<br>   0489 | 000001 | 1.44 | 0.05 |
| ---------- Remittance Total ---------------- | | 1.44 | 0.05 |

MICHAEL J IANNACONE, Trustee



RECEIVED 11 OCT -6 PM 12:14 U.S. BANKRUPTCY COURT ST PAUL, MN

COURT1        Printed: 10/04/11 10:41 AM    Ver: 16.02b